B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana

In re   Valerie J Stewart                         ,   Case No.   19-13060

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services, as servicer for HEADLANDS ALTERNATIVE INVESTMENTS II, LP | Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust B |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Court Claim # (if known):   4-1
Amount of Claim:   $71,513.04
Date Claim Filed:   1/21/2020

Phone:   (814) 827-4661
Last Four Digits of Acct. #:   2900

Phone:   (877) 313-7742
Last Four Digits of Acct. #:   2900

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
314 S Franklin Street, PO Box 517
Titusville, PA 16354

Phone:   (814) 827-4661
Last Four Digits of Acct. #:   2900

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Aaron Wiseman (Bar No. 39390)           Date:   12/19/2022
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.